

Before the United States District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

| | |
|---|---|
| Chris Walters, ) | |
|    Plaintiff Pro Se ) | |
| ) | |
| Vs. ) | Case Number C0800483 EMC |
| ) | |
| Michael Astrue, ) | The Honorable Edward M Chen Presiding |
| Commissioner SSA ) | |

<u>Plaintiff's Discovery Motion And Petition For Writ Of Mandaums</u>

NOW COMES THE Plaintiff Christopher A Walters before the Honorable United States District Court to enter this Discovery Motion and Petition For Writ of Mandamus to wit:

1. Commissioner Michael Astrue and Administrative law Judge Sandra C Rogers are asked to admit that no Statutory basis exist for reviewing the facts and issues of Chris Walters SSI claim 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 as heard in <u>Walters V Astrue</u> USDC, NM cv-07-257 without a US District Court review or review by US Circuit Court of Appeals.

2. Commissoner Michael Astrue is asked to admit the fact that the Administrative Law Judge Sandra C Rogers is not prepared; adequately trained; nor equipped to review and act on material issues in the SSI Claim.

3. Chris Walters therefore respectfully Petitions the US District Court to issue a Writ of Mandamus to the Commissioner Michael Asture and his staff to release the balance of Chris Walters back pay estimated to be about $11,000 prior to the scheduled date of release On April, 2008 to provide for moving forward with medical treatment, purchase of vocational training equipment, and to absorb Court Costs not provided for in the current $873.00 SSI payment as explained more fully in the Attached Memorandum of Law.

Respectfully Submitted By
Chris Walters, Plaintiff Pro Se
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA 95242

Chris Walters
1-4-2008

1



Before the United States District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

| | |
|---|---|
| Chris Walters,<br>    Plaintiff Pro Se | )<br>)<br>) |
| Vs. | )  Case Number C0800483 EMC<br>) |
| Michael Astrue,<br>Commissioner SSA | )  The Honorable Edward M Chen Presiding<br>) |

<u>Memorandum of Law In Support of Discovery Motion</u>
<u>& Petition For Writ of Mandamus</u>

NOW COMES THE Plaintiff Pro Se Chris Walters before the Honorable United States District Court in this Memorandum of Law In Support of Discovery Motion & Petition For Writ of Mandamus to wit:

1. <u>Citation of Authority</u> Discovery has been ORDERED by the US District Court on 1-41-2008.

2. Commissioner Michael Astrue and Administrative law Judge Sandra C Rogers are asked to admit that no Statutory basis exist for reviewing the facts and issues of Chris Walters SSI claim 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 as heard in <u>Walters V Astrue</u> USDC, NM cv-07-257 without a US District Court review or review by US Circuit Court of Appeals as cited in Title 28 USC 1291 <u>Final Decisions of District Court</u>?

3. Commissioner Michael Asture is asked to admit that Administrative Law Judge Sandra C. Rogers may not be a member of the Federal Bar Association and therefore is not adequately trained nor equipped to participate in litigation issues in Federal Law and for instance has asked to interrogate Chris Walters opposing counsel of record without realizing the rules of law preclude such practice.

4. The Commissioner Michael Asture is asked to admit that Administrative Law Judge Sandra C Rogers in failing to respond to Chris Walters Notice of Appearance and Exhibit A <u>Amended Motion to Address 2 Additional Questions</u> request for vocational

2

       Computer training funds because the ALJ is not adequately trained nor prepared to Adjudicate the cause.

5. The Commissioner Michael Asture is asked to admit that Administrative Law Judge has failed to acknowledge or respond to Chris Walters medical records Exhibit B nor a request to travel to Washington State to secure medical treatment where no medical authority here in Lodi, CA will accept Medi-Cal and proceed with the medical case plan.

6. The $400.00 costs to Chris Walters to file numerous replies to ALJ Rogers hearing will prevent Chris Walters from paying his rent at the Lodi Hotel in February, 2008 and loss of residence.

7. The Court is therefore Petitioned to <u>Issue a Writ of Mandamus</u> to the Commissioner Michael Asture to release the balance of the SSI back pay scheduled for April, 2008 for the purpose to permitting Chris Walters:

    a. Paying $391.00 rent to Lodi Hotel for February through April, 2007 when the Lease expires.

    b. Purchasing $1,600 in computer training equipment to continue vocational Training activity.

    c. Provides for transportation to and from Seattle, Washington to meet with Dr. Eric Strandberg to arrange appropriate referrals to a vascular surgeon And GI specialist to do GI exam to complete the medical evaluations requested.

## Discussion On The Merits Of Mandamus

The 3 Notices issued by the Administrative Law Judge Sandra C Rogers propose to stop Chris Walters SSI payments without any clear cut jurisdictional right of review as well as causing Chris Walters to incur a substantial financial debt to appear and plead in defense.  The loss of Chris Walters place of residence at the Lodi Hotel means that Chris Walters will again live in the homeless shelter system which the parties have learned through 10 years of painful experience is neither equipped nor prepared to assist disability related activities.

If Chris Walters has to return to a homeless shelter it is extremely unlikely that the completion of medical evaluations could be completed and the disabilities which have been described as treatable would then be stated as being permanent.  The parties might consider it a matter of common sense that 45 doctors (5 or 6 of which are SSI doctors) have for the last 11 years prescribed a colon exam which no one is willing to pay for will become a permanent write off if no further progress is made by April, 2008.  The recent defeat of the California Governors medial program in the California

3

legislature suggest that it is unlikely that the needed medical work can be completed in California due to budget constraints.

Dr. Eric Strandberg has the physician of record for both Chris Walters and SSA is an obvious choice to supervise the medical work the parties require. A short train ride on Amtrack from Lodi to Seattle with a 1 night stop over would probably cost $300.00 and complete the final diagnostic work everyone has been waiting on for some years.

The current request for by the ALJ relates to questions asked about vocational training which SSA has requested but declines to fund or permit Chris Walters to use his back pay to move forward with the emergency management structure research used by Washington State which has an estimated 90% approval rating which is likely to help Chris Walters eventually find employment. The back pay will also help Chris Walters to more adequately participate with the Court proceedings as required by paying for postage and printing costs…..

Respectfully Submitted By
Chris Walters
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA 95242

## Certificate of Service

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy

of the foregoing <u>Plaintiff's Discovery Motion and Petition for Writ of Mandamus</u> and exhibits to be

mailed by first class US Mail on the ___5___ day of February, 2008 to the following parties:

1. Administrative Law Judge
   Sandra K Rogers
   Office of Disability Adjudication and Review
   Social Security Administration
   3116 W March Lane STE 100
   Stockton, CA 95297-1952

2. Office of General Counsel
   Social Security Administration
   Windsor Building
   6401 Security Blvd
   Baltimore, MD 21235

3. United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

4. United States Attorney
   Box 36055
   450 Golden Gate Avenue
   San Francisco, CA 94102

As Executed By Chris Walters _____ Date: _1-5-2008_



**Before the Office of Adjudication and Review
Social Security Administration
3116 W March Lane Ste 100
Stockton, CA 95219-2374**

Appended Motion To Address 2 Additional Questions
Too Office of Hearings & Appeals?

**Addressed To the Honorable Administrative Law Judge Sandra Rogers:**

I am Christopher A. Walters SS 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 prevailing counsel of record before the USDC, NM (Walters v Astrue 07-257 JH/RLP) and Congress and I wanted ask your office to address 2 additional questions which might apply if the US District Court permits your office to acquire my medical records:

Question #1 Concerning Judge Herbert's Failure to
Complete The Record Per Instructions of Appeals Council?

1.   **Exhibit A:**   Citation of Authority Title 42 USC Sec 423(b)(5)(d) <u>Disability Determinations</u> is the statute which requires the Commissioner to have all Chris Walters medical records before requesting additional evidence.

2.   **Exhibit B:**   ORDER from Appeals Council of December 12th, 2005 too Administrative Law Judge William Herbert requiring him to complete the record....

3.   Citation of Authority: Judge Herbert's ruling of April 20th, 2005 failed to complete the record and include all Chris Walters 200 some odd doctors and other medical authorities and it would seem difficult if not impossible for your office or the Commissioner to complete the record without medical documentation.

4.   If permission is given to admit medical evidence we might ask who will secure additional medical records to replace the records Judge Herbert either threw away, discarded, are missing.

5.   If Chris Walters is required to secure such records the cost is $100.00 postage and $20.00 postage or perhaps your office would prefer doing the research internally?

Question #2 Concerning SSA Refusal to Fund Vocational Training

1.   **Exhibit C:**   Is a request of April 27th, 2007 to your New Mexico staff for funding for a vocational/computer training activity.

2.   **Exhibit D:**   Is the current online computer training program which involves placing the entire emergency management structure of Washington State online and giving Chris Walters a public service activity likely to place him in proximity to potentially gainful employment.

3.   If the Social Security Administration is still interested in vocational training the cost of Computer Equipment out of back pay is probably:

   a.   $800.00 Laptop computer

1

b. $200.00 printer, other accessories.

b. $200.00 Internet access.

c. $400.00 for printing and mail out of finished CD-Rom products to 39 counties in Washington States and private interest.

If Social Security is still unwilling to participate in the vocational training activity which apparently prompted Judge Herbert's latest inquiry I can always wait until the rest of the backpay is released in April/May 2008 to resume the project.

Respectfully Submitted By
Chris Walters, Legal Counsel of Record
Email: Nims2006@gmail.com
2414 W Kettleman Lane #210-1109
Lodi, California 95242

### Chris Walters Attached Exhibits

1. **Exhibit A**: Citation of Authority Title 42 USC 423(b)(5)(d) Disability Determinations.

2. **Exhibit B**: ORDER of Appeals Council December, 2005.

3. **Exhibit C**: Written request to SSA to purchase computer training equipment Friday April 27th, 2007 in New Mexico which was denied.

4. **Exhibit D**: Online computer training program for Washington State which has about a 90% approval rating.

```
***** WELCOME TO *****
     LODI MAIN POST OFFICE
       120 S SCHOOL STREET
        LODI, CA 95240-9998
         01/19/08 01:56PM

Transaction Number              2
USPS® #                 054416-955

2. Priority Mail® service    4.60
   Destination:    9521    ?374
   Weight:      0 lb. 3.10 oz.
   Total Cost:             4.60
   Base Rate:              4.60

Subtotal                    4.60
Total Charged               4.60

DebitCard                   4.60

         <23-902440122-99>
DebitCard
ACCT. NUMBER     TRANS #   AUTH
0440              870     56021
RECEIPT # 016045

              Thanks.
      It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

2



## Citation of Authority Title 42
## Section 423 (d)(5)(b) Disability Determinations

Title 42 Sec 423 (d)(5)(b) Disability Determinations

**(B) In making any determination with respect to whether an individual is under a disability or continues to be under a disability, the Commissioner of Social Security** shall consider all evidence available in such individual's case record, and shall develop a complete medical history of at least the preceding twelve months for any case in which a determination is made **that the individual is not under a disability.** In making any determination the Commissioner of Social Security shall make every reasonable effort to obtain from the individual's treating physician (or other treating health care provider) all medical evidence, including diagnostic tests, necessary in order to properly make such determination, **prior to evaluating medical evidence obtained from any other source on a consultative basis.**





SOCIAL SECURITY ADMINISTRATION

Refer to: TAHB
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

Office of Hearings and Appeals
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date:
DEC 1 1 2005

### NOTICE OF ORDER OF APPEALS COUNCIL
### REMANDING CASE TO ADMINISTRATIVE LAW JUDGE

CHRISTOPHER A. WALTERS
c/o Dr. Robert Cannon
7335 Ritchie Dr.
San Antonio, TX 78724

**What This Order Means**

We have sent your case back to an Administrative Law Judge. In the enclosed order, we explain why we did this and what the Administrative Law Judge will do about your claim.

In addition to what we ordered the Administrative Law Judge to do, the Administrative Law Judge may also do anything else needed to complete the claim.

**What Happens Next**

An Administrative Law Judge will contact you to tell you what you need to do.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is 210-472-4400. Its address is:

SOCIAL SECURITY
727 EAST DURANGO BLVD
RM 701 7TH FLOOR
SAN ANTONIO, TX 78206-9983

Karen A. Cornick
Administrative Appeals Judge

cc:

RCALJ, Dallas, TX

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF HEARINGS AND APPEALS

**ORDER OF APPEALS COUNCIL**

REMANDING CASE TO ADMINISTRATIVE LAW JUDGE

| | |
|---|---|
| **In the case of** | **Claim for** |
| | Period of Disability and |
| | Disability Insurance Benefits |
| CHRISTOPHER A. WALTERS | Supplemental Security Income |
| (Claimant) | |
| | 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 |
| (Wage Earner) (Leave Blank if same as above) | (Social Security Number) |

The Administrative Law Judge dismissed the claimant's request for hearing on July 7, 2005. The claimant asked the Appeals Council to review the Administrative Law Judge's dismissal.

The Appeals Council grants the request for review under the authority of the Social Security Administration regulations (20 CFR 404.970 and 416.1470). The Appeals Council vacates the Administrative Law Judge's order of dismissal and remands this case for further proceedings (20 CFR 404.960, 404.977, 416.1460 and 416.1477).

When a request for hearing is dismissed based on withdrawal of the request, the record must show that the claimant fully understands the effects of such an action (**HALLEX I-2-420A**). The record does not indicate that the claimant understood the effects of withdrawing the request for hearing and the record in this case does not reflect that the claimant was fully advised of the effects. Therefore, the Appeals Council concludes that there is good cause to vacate the dismissal action in this case.

In addition, as necessary, the Administrative Law Judge may also refer to **HALLEX I-2-524C** since the record shows that the claimant has refused to undergo a consultative examination.

CHRISTOPHER A. WALTERS (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)                            Page 2 of 2

The Administrative Law Judge may take any further action needed to complete the administrative record.

                                APPEALS COUNCIL

                                ORIGINAL SIGNED BY
                                Karen A. Cornick
                                Administrative Appeals Judge

                                ORIGINAL SIGNED BY

                                A. George Lowe
                                Administrative Law Judge
Date:

Exhibit C

Mr. Chris Walters
SS 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
c/o Box 245
1300 "G" El Paseo Road
Las Cruces, NM 88001
Friday, April 27th, 2007

Technical Expert Betsy Huber
Social Security Administration
2141 Summit Court
Las Cruces, NM 88011

RE:   Request Purchase Computer Equipment
      Vocational Training/Employment Search Activities:

Dear Technical Expert Betsy Huber:

In 2001 the Social Security Administration in Boise, Idaho completed a "Reconsideration" and requested I engage in a vocational training activity which might improve my job skills/employability. The vocational training involves computer related works which might be appropriate for a person who has limited ability to stand; loss of bowel control: and a history of clerical work and the report includes:

1. SSA recommendation for Voc Rehab.

2. Letter from Doctor Robert Canon of University of Texas School of Social Work identifying areas of work and volunteering to be the computer instructor.

3. Computer related volunteer activity at Winston Salem Public Library (news article)

4. Homeland Security Related research project in Washington State which has been endorsed by hundreds of law enforcement; government; and others.

5. Estimate of costs to purchase laptop computer/accessories.

Purpose of Current Activities/Expenditures

I am hoping to purchase a laptop computer and improve contacts in Washington State with the goal of aim of securing employment inside of a government agency/nonprofit in Washington State through expanded contacts.

Sincerely
Chris Walters



Washington State Homepage

## AfterDark Auxillary Communications Portal Washington State

The frequent collapse of command and control structures during major disasters such as "Superquake" can leave you sitting in the dark in your office without access to phone; internet; or other access with the outside world. AfterDark is research project to create a CD-Rom for your laptop computer to access critial infrastructure after normal communications fail.

| Washington Cities & Washington Counties | Washington Cities & Washington Counties |
|---|---|
| 1. Adams County Ritzville | 21. Lincoln County Davenport |
| 2. Asotin County Clarkston | 22. Lewis County Centralia |
| 3. Benton County Kennewick | 23. Mason County Shelton |
| 4. Chelan County Wenatchee | 24. Okanogan County Okanogan |
| 5. Clallam County Port Angeles | 25. Pacific County South Bend |
| 6. Clark County Vancouver | 26. Pend Oreille County Newport |
| 7. Columbia County Dayton | 27. Pierce County Tacoma |
| 8. Cowlitz County Longview | 28. San Juan County Friday Harbor |
| 9. Douglas County Watersville | 29. Skagit County Mt. Vernon |
| 10. Ferry County Republic | 30. Skamania County Stevenson |
| 11. Franklin County Pasco | 31. Snohomish County Everett |
| 12. Garfield County Pomeroy | 32. Spokane County Spokane |
| 13. Grant County Moses Lake | 33. Stevens County Colville |
| 14. Grays Harbor | 34. Thurston County Olympia |
|  | 35. Wahkiakum County Cathlamet |



Govenor Christine Gregoire
Office of the Governor
PO Box 40002
Olympia, WA 98504-0002
(360) 902-4111
Fax (360) 753-4110



Emergency Management Division
Director James M. Mullen
Don Miller
Warning System Manager
(253)-512-7035



Major General Timothy Lowenberg
Washington Military Department
Bldg 1, Camp Murray
Tacoma, WA 98327-5000
(253) 512-8000
Fax (253) 512-8497
Public Information Officers:
800-688-8955



Washington State Patrol
Chief John R. Batiste
Office Of Fire Marshal
General Administration Bldg
PO Box 42600
Olympia WA 98504-2600
(360) 753-6540



First Gov
US Government
Offical Website



FEMA Region X
Susan Reinertson Division Director
Mike Howard
Public Information Officer
(425) 487-4610
Federal Regional Center Attn: NPD
130-228th Street SW
Bothell, Washington 98021
(425) 487-4600



US Coast Guard
Thirteenth Coast Guard District
Rear Admiral Richard R. Houck
13th Coast Guard District
Jackson Federal Bldg
915 Second Ave
Seattle, WA 98174-1067
(206)220-7090
Fax: (206)220-7092



US Army Corps of Engineers
Colonel Michael McCormick
Emergency Management
Reservoirs and Dams
Contact Charles Ifft
P.O. Box 3755
4735 East Marginal Way South,
Seattle WA 98134-2385
206-764-3406



| | |
|---|---|
| County Montesano | 36. Walla Walla County Walla Walla |
| 15. Island County Oak Harbor | 37. Whatcom County Bellingham |
| 16. Jefferson County Port Townsend | 38. Whitman County City of Pullman |
| 17. King County Seattle, | 39. Yakima County Yakima |
| 18. Kitsap County Bremerton | 40. State Emergency Division List State 911 Coordinators.: WSEMA Directory Washington Economic Index 2005 |
| 19. Kittitas County Ellensburg | |
| 20. Klickitat County Goldendale | |



Geology & Earth Resources
Washington State DNR
1111 Washington ST SE
MS: 47007
Olympia, WA 98504-7007
(360) 902-1450
FAX: (360) 902-1785

## Prepared For Superquake?

Are you waiting for "Superquake" projected to be a 9 or 10 on the richter scale and want to survive? The be prepared sections reviews preparations you can make prior to a major disaster. Emergency Shelter Operations guide to very basic shelter operations and deter predators and looters before disaster strikes.

**Infrastructure Protection Program**

NIMS Related Research

## NIMS Related Research Authorized By Washington State..

The federal government defines



**Health Of Department**
Secretary Mary C. Selecky
Regional EMS
(360) 236-2828
(Fax: 360) 236-2829
101 Israel Road SE
Tumwater, WA 98501
(360) 236-4501

**Department of Natural Resources**
Secretary Doug Sutherland
Geology and Earth Resources
Ron Teissere State Geologist
360.902.1440
P.O. Box 47001,
Olympia, WA 98504-7001
(360) 902-1004
FAX: (360) 902-1775


**Insurance Commissioner**
Commissioner Mike Kriedler
5000 Capitol Boulevard,
Tumwater, WA 98501
Olympia, WA 98504-0255
(360) 725 - 7000
Fax: (360) 586 - 3535

**Washington State Department of Transportation**

Transportation Department
Lloyd Brown
Communications Director
360.705.7076
Railroads In Washington State
Transportation Building
310 Maple Park Avenue SE
PO Box 47300
Olympia WA 98504-7300
360.705.7000


**Washington Ports**
Patrick Jones Executive Director
Ginger Eagle Government Affairs Representative
1501 Capitol Way,
Olympia, WA 98501
PO Box 1518,
Olympia, WA 98507-1518
(360) 943-0760
FAX (360) 753-6176

**Pacific Northwest Seismograph Network**
Bill Steele(ESS)
Seismology Lab
Univesity of Washington Dept Earth and Space Selences
PO Box 351310
Seattle, Wa 98195-1310
206-543-7010
Fax 206-685-5788


**Washington State Association Of Broadcasters**
Director Mark Allen
724 Columbia Street N. W., Suite 310
Olympia, WA 98501-1249
(360) 705-0774
Fax: (360) 705-0873

**SHINGTON COUNCIL F OLICE & HERIFFS**
**WA Council of Police and Sheriffs**
Jamie Daniels Executive Director
Pat Harris Office Manager
200 Union Avenue SE
Olympia, WA 98501-1393
1.800.887.2677
360.352.8224
Fax: 360.352.57


**WSEMA**
Steve Bailey President
253-798-6595







**Chris Discovers Challenges Indigent Health Care**

You are probably one of the numerous social service agencies; doctors; or other professional dealing with my disability or medical questions medical history. This 9 year national survey review the mechanisms of failure for profit which cost society an estimated $20,000 a year to support a homeless person and create a net $200,000 loss in treatment of this simple medical problems.



Congestive Heart Failure 2001-2005

**Congestive Heart Failure?**

What 10 doctors originally described as **needing aspirin a day**; later described as pretibial edema in legs; stasis ulcers; Congestive Heart Failure with periodic buildup of fluid in lungs; liver, and colon structure-limits my ability to stand more than 3 hours a day. As Dr. Eric Strandberg of US Health Works explained on 10-25-2005 nobody ever did an "Echo Cardiogram" or other specific test to



Torres Community Shelter Partnership
Case Manager Patrick Clark
101 Silver Dollar Way,
Chico CA 95928
(530-891-9048
Fax 530-891-9084

**Have You Hugged A Plague Carrier Today?**

Patrick Clark explained to his staff there is absolutely nothing medically wrong with Chris and you should give him a big hug everytime he comes to the office. The daily ritual of hugs; handshakes; and other physical contact not recommended by many doctors went on for a whole 2 weeks. Most unfortuate-all those nice folks got a real nasty case of Staph poisioning; many required medical treatment; 1 was hospitalized; maybe 50 persons made ill and you guessed it Patrick Clark didn't get a sniffle. The emergency room doctor here at Providence Hospital in Medford, Oregon won't come within 5 feet of me and explains persons who carry MRSA are the leading cause of death of emergency room physicians.

David Bradshaw sued both Chris Walters and Social Security Representative in North Carolina claiming government negligence caused him to be hospitalized twice. North Carolina pleaded they could violate the law whenever they wish.. 80 doctors & other sources treat chronic infections many of which suggest coliform bacteria or a resistant form of Stalph which various 3rd parties discovered is as doctors suggested highly communicable.

exactly define the problem.



**Modern Medical Science**
**1992-1997**
5 Year Delay-15 Minute Surgery for Cancer

10 Doctors took 5 years to do 10 minute surgery for cancer and several more have advised to stay out of sun and reevaluate possible tumor.



**Golden Colon Award**
**1952-2005**

**Loss of Bowel Control**

Loss of Bowel Control 45 some doctors prescribed endoscopic exam which might be caused by chronic Staphylococcus Aureus poisoning or other causes. As Dr. Eric Strandberg of US Health Works explained on 10-25-2005 in 7 years nobody ever did a "colonoscopy" or other specific test to exactly define the problem. Various communities cite a lack of funding and other problems.



VASCULAR DIAGNOSTIC LAB
3900 E. Lohman, Suite B
Las Cruces, New Mexico  88011
Office: (505)522-5511   Fax: (505)522-0825

### Venous

Name: WALTERS, CHRIS
Date: 05/02/2007   Time: 13:52
Sex: M
Room ID: OP
Ref. Dr.: ROSENBERG

Patient ID: 2007-0710
Date of Birth: 10/17/1950
Age: 56
Examined by: JVALENZU/VALENZU, RVT
Read by Dr.: MICHAEL KELLER

Patient is being examined due to leg swelling bilaterally.

RESULTS:
VENOUS DUPLEX IMAGING:  High resolution, real time B-mode gray scale featuring color Doppler direction flow imaging ultrasound of the venous lower extremity:

Distal external iliac, common femoral, greater saphenous at the femoral junction, superficial femoral veins were imaged from approximately one centimeter above the inguinal fold region, through the adductor canal.  The popliteal, posterior tibial, peroneal and gastrocnemius veins were imaged from the proximal calf at the popliteal fossa, through the medial malleolus at the ankle region.

Good augmentation of flow upon distal calf compression maneuvers at all sites sampled.  Normal spontaneous and phasic flow is noted in all sites.

Impressions
No evidence of acute deep venous thrombosis. There is a superficial thrombo-phlibitis seen in some varicosed veins in the RT and LT calf. Valvular incompetence is present in the femoral veins bilaterally and in the greater saphenous veins bilaterally. There is an incompetent LT Cockett 3 perforator.

MICHAEL KELLER, M.D.