**Before The United States Court**
**Northern District Of California**

**FILED**

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Walters** ) | |
|     **Plaintiff Pro Se** ) | |
| ) | |
| v. ) | **NO C0800483 EMC** |
| ) | |
| **Michael Astrue,** ) | **Motion For Service of Summons** |
|     **Defendant** ) | **By US Marshal In Forma Pauperis** |
| _____ ) | |

    NOW COMES THE Plaintiff Chris Walters before the Honorable United States District Court, Northern District of California to petition the Court to permit the Service of Process and Summons by the United States Marshal as the cause has been made:

1. Motion to Proceed In Forma Pauperis.

3. Summons and Complaints are enclosed to perfect service on the United States Attorney, United States Attorney General, and Legal Counsel for the Social Security Commissioner.

3. A copy of the Court ORDER Setting Initial Case management Conference and ADR Deadlines are appended for service as ORDERED and directed by the Honorable Presiding Judge Magistrate Edward M Chen.

**Respectfully Submitted By**
**Chris Walters**
Email: nims2006@gmail.com
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA  95242

*[signature]* Chris

1-31-08

Clear Form

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Chris Walters | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. _____ |
| | ) | |
| vs. | ) | **APPLICATION TO PROCEED** |
| Commissioner Michael Astrue | ) | **IN FORMA PAUPERIS** |
| Deputy Commissioner Peter Spencer | ) | (Non-prisoner cases only) |
| | ) | |
| Defendant. | ) | |

     I, Christopher A Walters _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

     In support of this application, I provide the following information:

1.     Are you presently employed?               Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  Haven't worked since 1986 or permanently since 1986 however have extensive volunteer activities.
3  _____
4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7         a.      Business, Profession or              Yes ____  No ✔
8                 self employment?
9         b.      Income from stocks, bonds,           Yes ____  No ✔
10                or royalties?
11        c.      Rent payments?                       Yes ____  No ✔
12        d.      Pensions, annuities, or              Yes ____  No ✔
13                life insurance payments?
14        e.      Federal or State welfare payments,   Yes ✔  No ____
15                Social Security or other govern-
16                ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  $870 month SSI payments
20  _____
21  3.      Are you married?                           Yes ____  No ✔
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____  Net $_____
26  4.     a.      List amount you contribute to your spouse's support:$ _____
27         b.      List the persons other than your spouse who are dependent upon you for support
28                 and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?   Yes ____ No __✔__

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes ____ No __✔__

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account? Yes __✔__ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: Bank of America Las Cruces, NM

12  _____

13  Present balance(s):  $ 96.00

14  Do you own any cash? Yes ____ No __✔__ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ____ No __✔__

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ 391.00              Utilities: _____

20  Food: $ 400.00              Clothing: _____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____         $ _____       $ _____

24  _____         $ _____       $ _____

25  _____         $ _____       $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Walters v Asture USDC, NM 07cv-257
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  ___1-11-2008___                    _____
12        DATE                         SIGNATURE OF APPLICANT

- 4 -