

Before the United States District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102



**FILED**

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Walters,                )<br>　　Plaintiff Pro Se       )<br>                               )<br>vs.                            )<br>                               )<br>Michael Astrue,                )<br>Commissioner SSA               ) | Case Number C0800483 EMC<br><br>The Honorable Edward M Chen Presiding |

**Plaintiff's Motion For Summary Judgment Based
On Admission Of the Defendant Before The Court**

NOW COMES THE Plaintiff Christopher A Walters before the Honorable United States District Court to enter this Motion For Summary Judgment based on the Admission of The Defendant Before the Court::

1. **Citation of Authority:** The Social Security Commissioner and his staff lack any jurisdictional standing to internally review the issues of law in <u>Walters v. Asture</u> USDC,NM 07-257 where Chris Walters was awarded his SSI benefits with the Approval of Presiding Judge Judith Hererra.

2. **Citation of Authority:** The only apparent right of review of Chris Walters SSI claim resides with the 10th US Circuit Court of Appeals pursuant to Title 28 USC 1291 <u>Final Decision of District Courts</u>

3. **Citation of Authority:** The Social Security Administration has previously in <u>Walters v Crownover, Miller</u> USDC, WDT SA-97-CA-1313; <u>Walters v Apfel</u> A:99CA0156SS; <u>Bradshaw V Walters Odom</u> 04CVS2674 Superior Court of Forsyth County and <u>Walters v Astrue</u> USDC, NM 07-257 and demanded the right to an exception to the rule of law to process Chris Walters SSI claim without medical records therefore the Commissioner's request for medical records is unmeritorious.

1

  4.  <u>Exhibit A:</u>  The Defendant's employee Administrative Law Judge Sandra C Rogers has appeared after having been given notice of US District Jurisdictions replied in a Notice dated January 29th, 2008 to attempt to adjudicate the Cause before the case at Bar or cancel Chris Walters SSI benefits.

  5.  <u>Exhibit B:</u>  Neither the US District Court nor Chris Walters have the personnel or time to address even a small percentage of the Social Security Administration's problems so Petition to place the Social Security Administration into custody of the United Nations has been served on the Office of the International Prosecutor.

Discussion On The Merits Of ORDER &<br>Finding For $5 Million In Punitive Damages

**While most minor employees of any organization would be subject to serious sanctions for intercepting or attempting to answer legal inquiries addressed to the senior executive officer the case at bar shows this is accepted practice at the Social Security Administration.  As the US Court Docket <u>Walters V Asture</u> 07-257 USDC, NM cited in the Complaint shows the Social Security Administration choose to waive right to counsel and service of process and appeared Pursua Sponte and demanded 3rd party or expartied proceedings threatening to cut off Chris Walters SSI claim if he refused to go along.   Judicial Misconduct Complaints filed in the 9th and 10th US Circuit Court of Appeals ask if ALJ William Herbert and ALJ Sandra C Rogers of Stockton, California should be prosecuted for usurping the right of review reserved under Title 28 USC 1291<u> Final Decision of District Courts</u> to the 10th US Circuit Court of Appeals and charged with impersonating US Circuit Court Judges?**

**Although Judge William Herbert of San Antonio, Texas lacks any standing to contact Chris Walters after his "Notice of Partially Favorable Decision" of April, 2006 the Judge takes it upon himself to ask for a "Secret Hearing" on October 15, 2007 which denied Chris Walters right to appear and be represented by counsel as a matter of the due process and equal protection of the law.   Lacking any jurisdictional standing to review the actions of a US District Court then initiated a Disability Review in Chris Walters in Stockton, California as stated by Administrative Law Judge Sandra C Rogers "<u>Notice of Hearing</u>".  The Hearing of 1-28-2008 proposed to discuss employment possibilities for Chris Walters and then refused to discuss the documents filed.  Having been served by Chris Walters with no less than 5 different notices of appearance and pleadings the Administrative Law Judge then states Chris Walters has "Failed to appear" and proposes to end Chris Walters SSI benefits.  The Commissioner's employees and agents have proved even before he could reply by Summons that review proceedings are a fraud, hoax, and sham lacking any proper jurisdictional authority.**

**The Social Security Administration has previously appeared in at least 5 proceedings in US District Courts, North Carolina Superior Courts, and 5th US Circuit Court of Appeals and demanded the right to process Chris Walters SSI claim without medical records which is normally required by law.  The exception to the rule of law has been ruled upon by several Court where the SSA has appeared by and through legal counsel and no Court of Law has a jurisdictional standing to review these rulings.   The request of Administrative Law Judge Sandra C Rodgers is therefore frivolous because the Social Security Administration has no right to request Chris Walters medical records and is therefore a sham.**

**The Court is asked to note that the Commissioner of Social Security Michael Asture and his staff are solely responsible to train, supervise, and discipline his 19,000 employees.  The questions of law at**

Bar are the result of the Commissioner and Deputy Commissioner Peter C Spender to adequately train, supervise, and discipline their employees.

The Court is asked to note that Chris Walters has asked the United Nations to place the Social Security Administration into it's custody at least temporarily and consider direct military intervention to address terrorist and criminal activities facilitated by the Commissioner numerous agents and representatives. The Office of the Prosecutor is asked to consider a $5 Billion Human Rights Sanction for the "Secret Hearing" held in October, 2007 at the Appeals Counsel and to bless ALJ Judge William Herbert with 5 years at hard labor in an International Penal Facility.

The Court is asked to complete it's own Finding and ORDER and award Chris Walters damages for having to spend years of his life responding to the Commissioner's frivolous and non statutory request. Chris Walters seeks nothing more than any regular member of the Federal Bar Association the clear cut right to be paid for time; materials; and efforts after a meritorious ruling has been issued in Walters V Astrue USDC, NM 07-257.

Respectfully Submitted By             *[signature]* 2-14-08
Chris Walters, Plaintiff Pro Se
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA  95242

## Certificate of Service

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy of the foregoing Plaintiff's Discovery Motion and Petition for Writ of Mandamus and exhibits to be mailed by first class US Mail on the __14__ day of February, 2008 to the following parties:

1.   Office of General Counsel
     Social Security Administration
     Windsor Building
     6401 Security Blvd
     Baltimore, MD 21235

2.   United States Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

3.   United States Attorney
     Box 36055
     450 Golden Gate Avenue
     San Francisco, CA  94102

As Executed By Chris Walters _____ Date: 2-14-08

3

**SOCIAL SECURITY ADMINISTRATION**

Refer To:
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
Christopher A. Walters

Office of Disability Adjudication and Review
3116 W. March Lane
Suite 100
Stockton, CA 95219
Tel: (209)477-3103/ Fax: (209)477-3394

January 29, 2008

Christopher A. Walters
2414 W. Kettleman Lane
Box 210-1109
Lodi, CA 95240

## NOTICE TO SHOW CAUSE FOR FAILURE TO APPEAR

You did not appear at your scheduled hearing. My notice of December 12, 2007, told you that I would hear your case on January 28, 2008, at 9:30 AM Pacific (PT). You failed to provide an explanation for not appearing at your hearing. You now have another opportunity to explain your absence.

### To Show Good Cause

To show good cause, you must give me a written statement with a good reason why you did not appear before me at the time set for the hearing. You must send the statement to the address shown above by February 13, 2008.

### What I Will Do

I will consider a statement you give me by that date to see if it shows good cause. In deciding if you have shown good cause, I will consider rules stated in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J, Sections 404.911, 404.936, and 404.957(b)) and Part 416 (Subpart N, Sections 416.1411, 416.1436, and 416.1457(b)).

If you show good cause, I will again set a time and place to hear your case. If you do not show good cause, I will dismiss your request for hearing.

### If You Have Any Questions

If you have any questions, please call or write this office. Our telephone number and address are shown above.

*Sandra K. Rogers*

Sandra K. Rogers
Administrative Law Judge



**High Commissioner Louise Arbour**
Office of the High Commissioner
for Human Rights
United Nations Office
at Geneva
1211 Geneva 10,
Switzerland
Fax: + 41 22 917 9022



**United Nations Security Council**
**Public Contact**
Counter Terrorism Committee
Chrysler Building
Room CH-5061
New York, NY 10174
(212) 457-1773/1886



**International Criminal Court**
Mr. Luis Moreno-Ocampo-
Prosecutor
Information and Evidence Unit
Office of the Prosecutor
Post Office Box 19519
2500 CM The Hague
The Netherlands



**United States District Court**
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Walters

Michael Astrue

C08000483 EMC

## Should The Social Security Administration Be Placed In Custody Of The World Court?

Addressed Too International Criminal Court
Mr. Luis Moreno-Ocampo-Prosecutor
Information and Evidence Unit
Office of the Prosecutor
Post Office Box 19519
2500 CM The Hague
The Netherlands

I wanted to thanks the Social Security Administration for dropping by the United Nations for the last 10 years by and through legal counsel and asking if they could amend the key provisions of the largest item in the US Budget Title 42 Sec 423 (d)(5)(b)Disability Determinations and Title 7 USC Chapter 7 Social Security Act. I am Ad Hoc Counsel before UNHCHR as a Special Defenders and don't believe the United Nations has any means to amend United States Statutes. The questions were successfully transfered to the Committees of the US Congress which declined the Bush Administrations request to amend the Social Security Act in 2004 and 2007. Many of the questions the United States asked suggest serious violations of International Treaty and Law including possible Crimes Against Humanity and Genocide. This is a "Discovery Document" filed in the Walters V Asture (c08000483EMC) United States District Court, Northern District of California which explores the feasibility of having the Social Security Administration placed in temporary custody of the United Nations and World Court:



**President George Bush**
**& Republican National Committee**
310 First Street, SE
Washington, DC 20003
202.863.8500
Fax: 202.863.8820



**Secretary of Treasury**
**Paulson**
**Before US Congress**



**Russian Permanent Mission**
**To United Nations**
136 East 67 Street,
New York, N.Y. 10021
(212) 861-4900
Fax: (212) 628-0252



**Peoples Republic Of China**
Secretary of
Permanent Representative
Wang Guangya
Address: 350 East 35th
Street,
New York, NY 10016
Tel: 212-655-6100

## Question of Direct Military Intervention

The Clinton Administration left a $1.2 Trillion surplus which a few years later the Bush Administration states is a $13 Trillion deficit. The Reagan Administration and Soviet Union ended the "Cold War" about 25 years ago. The diversion of trillions of dollars in social security funds for a massive military build up with stealth or nuclear first strike technology might be regarded by other members of the United Nations as a prelude to war. The recent test of a new Russian Ballastic Missle on Christmas of 2007 and the offer of Chinese General Zao to nuke 200 American cities might suggest serious objections to continued misuse of Social Security funds allocated by law for the elderly, disabled, and needy.

This survey of the Social Security process suggest the organization is often used as a base for both terrorist and criminal activities. As this link suggest the Washington State Auditor disallowed $6 Billion on Medicade payments to Washington States and described terrorist harassment of his staff which suggest the need for direct military intervention. This link describes an assassination attempt against Special Defender Chris Walters by a HUD Program in 2006. This Link reviews a US District Court ruling which requires a person pending surgery for cancer to "slap a police officer to get food stamps". This link reviews the use of US social service programs in genocide for profit and This Link reviews extensive terrorist activities in the US social service programs including several groups which apparently have WMD capabilities and might best be described as legitimate UNSC Nuclear targets. Many of these terrorist and criminal activities might best be addressed by deployment of UN Special Forces groups in the United States too liquidate professional criminal and terrorist elements which seem particularily adept at using nonprofit organizations as bases of operation under color of 1st amend seperation of church and state.