FILED
08 FEB 27 PM 12:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C08-000483 SCM

Chris Walters
          Plaintiff(s),

v.

Michael Astrue

          Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2-20-08

                                                        Chris Walters
                                                        Signature

                                                        Counsel for: Pro Se
                                                       (Name of party or indicate "pro se")

```
HP Officejet 4300 series 1250           Personal Printer/Fax/Copier/Scanner

Fax Log for
Feb 21 2008 2:20p

Last Transaction
Date     Time     Type          Station ID          Duration  Pages   Result
Feb 21   02:18p   Fax Sent      14155223605         0:59      1       OK
```