**FILED**
MAR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Before the United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA  94102

| | |
|---|---|
| Chris Walters, ) | |
|     Plaintiff Pro Se ) | |
| ) | |
| vs. ) | Case Number C0800483 EMC |
| ) | |
| Michael Astrue, ) | The Honorable Edward M Chen Presiding |
| Commissioner SSA ) | |

<u>Notice Plaintiff Will Be On Temporary Leave of Absence
Based On Medical Considerations</u>

NOW COMES THE Plaintiff Christopher A Walters (SSI Claim 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) before the Honorable United States District Court to enter this <u>Notice Plaintiff Will be On Temporary Leave of Absence</u> based on the Medical considerations to wit:

1.  The Plaintiff Chris Walters has been unable for 6 months to secure the services of a primary care physician here in Lodi, CA who is willing to accept Medi-Cal and move forward with medical work possibly as a result in failure of Governor's proposed health care programs in the California legislature.

2.  Chris Walters will be temporarily out of Lodi for most of March, 2008 to check on medical resources and programs in several nearby states.

Respectfully Submitted By
Chris Walters, Plaintiff Pro Se
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA  95242

*[Signature]* 2-28-08

**Certificate of Service**

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy of the foregoing Notice Plaintiff Will be On Temporary Leave of Medical Absence to be mailed by first class US Mail on the  28  day of February, 2008 to the following parties:

1.  Office of General Counsel
    Social Security Administration

1

      Windsor Building
      6401 Security Blvd
      Baltimore, MD 21235

2.    United States Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

3.    United States Attorney
      Box 36055
      450 Golden Gate Avenue
      San Francisco, CA 94102

As Executed By Chris Walters _____ Date: 2-28-08

2