

FILED
08 MAR 10 PM 1:39

Before the United States District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Chris Walters,            )
    Plaintiff Pro Se   )
                          )
vs.                       )   Case Number C0800483 EMC
                          )
Michael Astrue,           )   The Honorable Edward M Chen Presiding
Commissioner SSA          )

### Plaintiff Discovery Motion For An Informal Settlement
### Based on ADR ORDER OF Court

NOW COMES THE Plaintiff Christopher A Walters (SSI Claim 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) before the

Honorable United States District Court to enter this Discovery Motion For Informal Settlement

based on ADR ORDER of the Court to wit:

#### Discussion of Areas of Mutual Interest

The informal settlement and agreement reached in the USDC, NM Walters v Astrue 08-257-cv is based on common interest. Chris Walters 200 some odd doctors have prescribed a course of medical treatment which includes colonoscopy to evaluate loss of bowel control; echocardiogram and venous study of legs to determine cause of water build up in legs and limitations to walk or stand; and possible follow up surgeries. Chris Walters statements to the Appeals Council in 2006 and to Social Security representatives in the USDC NM proceeding asked a 1 year period of time to complete the medical evaluations and begin several of the surgeries. Quite a number of 3rd party tampering and serial stalking activities by an Administrative Law Judge William Herbert of San Antonio, Texas have cause extensive delays in completion of the agreement.

#### Discussion On Impact 3rd Party Tampering & Stalking & Other Impediments

It was possible to get a room at the Plaza Suites in Las Cruces, New Mexico and begin medical work with the excellent assistance of Social Security Technical Expert Betsy Huber (505-523-9313 ext 1215). The serial stalking activity involving AJ Judge Herbert is apparent when he demands to intervene as a nonparty in the law suit and presumably was very active as the party seizing Chris Walters mail including an ORDER of the Court. The Registered mail of May 19th, 2007 from the Look Vision Center (505-526-3314) to Chris Walters for his eyeglass prescription disappeared after having been unable to travel 1 distance of 1 mile. Chris Walters was able to travel to Las Cruces, NM in October and pick the eyeglass prescription up in person. The loss of the apartment at the Plaza Suite was due to the landlord raising the rent and Social Security holding most of Chris Walters back pay for 1 year.

Chris Walters was on leave of absence to find affordable housing and discovered many communities do not have opening in low income housing although it was eventually possible to achieve residence in Lodi, California at the Lodi Hotel. Chris Walters personally visited each of the doctors in Lodi and

1

found that most will not accept Medi-Cal making medical work impossible to achieve. A Dr. Frank Alvarado indicated he would not accept Chris Walters as a patient because the Chris Walters medical conditions were too serious. Medical Authorities at the Woodbridge Clinic indicated that San Joaquin County would not pay for the medical procedures and more recently the Governor's Office in California announced sweeping cuts in medical programs state wide. The medical provider sent Chris Walters a notice they had moved the medical treatment to EHS at Florin Road in Sacramento, CA although it is not clear who moved it or why.

The Comptroller of the Currency was able to put Bank of America into restitution for $175.00 for unlawful seizure of Social Security monies; and able to put Wells Fargo Bank into restitution for about $41.00 for unlawful seizure of monies and return Chris Walters SSI Direct Deposit back from when Wells Fargo had apparently seized it. The mechanism of fraud for these banks currently involves US Bank account where the bank declines to process point of sales debits for up to 10 days. The bank apparently engages in usury by sitting on interest for transactions instead of paying the debits. This clever fraud was used to charge Chris Walters 9 debits for overdraft where the US Bank was entitled to only 1 overdraft. Chris Walters current F&M Bank of Lodi simply pays the debits and does not engage in these money laundering frauds. While all of these diversions of SSI funds have been or will be resolved Chris Walters had to divert a lot of money, time, effort, and travel to take care of these problems including cross country travel.

During the course of resolving the bank questions Chris Walters briefly visited Winston Salem, NC to evaluate the possibility of having Dr. Lon Morgan become primary care physician. Local nonprofits declared they were taking over Chris Walters SSI claim and intended to divert Chris Walters medical treatment to something they found more profitable. Long winded complications and problems were easily averted by catching the next bus out of town and filing an appropriate complaint with the SSI Inspector General's office.

Although the Social Security Administration had agreed in Court to pay my medical bills back to 1994 your staff generated this letter of denial:

Social Security Administration
Supplemental Security Income

[illegible letter content]

David Gonzalez

2

In 2007 I was contacted by an ALG Sandra Rogers of Stockton, California whose first letter stated she was holding a hearing on based on letters mailed to AL Judge William Herbert in 2006 which had been the basis of a secret hearing at the Appeals Council on October 15th, 2007. AL Judge Rogers 2nd Notice of Hearing apparently indicated she intended to make a disability determination at a hearing. The Office of Hearings and Appeals lacks any jurisdictional standing to review legal issues and the findings of Judge Hererra from the USDC where the Social Security Administration freely admitted a disability exist.

This Motion for An Informal Settlement suggest that many of impediments we are dealing with including seizing bank accounts; attempting to obstruct medical treatment; secret hearings and serial stalking by Judge Herbert are not really productive in moving forward with medical treatment of physical disabilities or with the spirit of the original agreement. If your office is interested in completing our original contract I might suggest:

## Proposed Informal Agreement

1. SSI is still apparently holding about $11,000 in back pay which is due to be released some where in April or May, 2008.

2. Chris Walters will move back to Las Cruces, NM and attempt to get housing for at least 3 months.

3. Chris Walters will ask for medical benefits to be expedited and have the former Primary Care Physician Joshua M Rosenberg (505-532-8900) move forward with the medical referrals he had made in 2007.

4. At the end of 3 months we can if your New Mexico office so wishes have some sort of medical review to ascertain the results of Dr. Rosenberg's work requirement for surgery…

5. Chris Walters might suggest your office block computer access to your internal network so as to prevent as to prevent AL Judge Herbert from stalking or tampering with the case when Chris Walters returns to New Mexico.

Respectfully Submitted By
Chris Walters, Plaintiff Pro Se
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA  95242

3

## Certificate of Service

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy of the foregoing Notice Plaintiff Will be On Temporary Leave of Medical Absence to be mailed by first class US Mail on the __3__ day of March, 2008 to the following parties:

1. Office of General Counsel
   Social Security Administration
   Windsor Building
   6401 Security Blvd
   Baltimore, MD 21235

2. United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

3. United States Attorney
   Box 36055
   450 Golden Gate Avenue
   San Francisco, CA 94102

As Executed By Chris Walters __[signature]__   Date: __3-8-08__

4