**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-08-0483 EMC<br><br>**ORDER DENYING PLAINTIFF'S DISCOVERY MOTION FOR AN INFORMAL SETTLEMENT**<br><br>**(Docket No. 12)** |

　　Plaintiff Chris Walters has filed a document titled "Discovery Motion for an Informal Settlement Based on ADR ORDER OF Court." To the extent Mr. Walters is asking this Court for relief, the request is **DENIED**. The Court has dismissed Mr. Walters's original complaint and no amended complaint has been filed.

　　IT IS SO ORDERED.

Dated: March 18, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-08-0483 EMC<br><br><br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CHRIS WALTERS
2414 Kettleman Lane #210-1109
Lodi, CA  95242

Dated: March 18, 2008                     RICHARD W. WIEKING, CLERK

                                               By:       /s/
                                                      Leni Doyle
                                                      Deputy Clerk