

Before the United States District court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

| | |
|---|---|
| Chris Walters, ) | |
|     Plaintiff Pro Se ) | |
| ) | |
| vs. ) | Case Number C0800483 EMC |
| ) | |
| Michael Astrue, ) | The Honorable Edward M Chen Presiding |
| Commissioner SSA ) | |

## Notice of Informal Settlement Based On ADR ORDER

NOW COMES THE Plaintiff Christopher A Walters (SSI Claim 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) before the Honorable United States District Court to enter this Notice of Informal Settlement Based on ADR Motions based on ADR ORDER of the Court to wit:

## Notice Of Informal Settlement By Parties

Barring written or verbal objection of the Social Security Commissioner or his staff; the Plaintiff Pro Se Chris Walters would propose to give Notice of Informal Settlement of the action at law based on mutual interest and actions of parties:

1. The Social Security Administration released $4,000 in "back pay" to Chris Walters on March 21, 2008.

2. Chris Walters will be moving to Las Cruces, New Mexico and has been told he can rent a room later this week at the Plaza Suites Hotel 301 E University, Las Cruces, NM 88005-3399 for slightly over $600.00 a month.

3. Chris Walters should be able at that point of getting back on Medicade and having the agreed medical work addressed by local doctors who accept this as payment.

4. Chris Walters will continue "vocational training activities" to enhance and improve his employment potential.

## Discussion On Merits

It is expected that doctors affiliated with Rio Grande Medical Group can address Chris Walters medical problems involving loss of bowel control; surgery needed by vascular surgeon; blood clots in legs and chronic problems with MRSA infections previously identified by the Social Security Administration's doctors. MRSA and staph infections generally don't spread or exist well in areas like Las Cruces because the climate is very dry.

Respectfully Submitted By
Chris Walters, Plaintiff Pro Se
c/o 2414 W Kettleman Lane #210-1109
Lodi, CA 95242

*[signature]  3-21-08*

## Certificate of Service

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy

of the foregoing Plaintiff's Notice to be mailed by first class US Mail on the 21$^h$ day of March, 2008

from Boise, Idaho 83701 to the following parties:

1.  Office of General Counsel
    Social Security Administration
    Windsor Building
    6401 Security Blvd
    Baltimore, MD 21235

2.  United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

3.  United States Attorney
    Box 36055
    450 Golden Gate Avenue
    San Francisco, CA 94102

As Executed By Chris Walters _[signature]_ Date: 3-21-08