**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-08-0483 EMC<br><br>**ORDER RE PLAINTIFF'S NOTICE OF INFORMAL SETTLEMENT**<br><br>**(Docket No. 14)** |

      Plaintiff Chris Walters has filed a document titled "Notice of Information Settlement Based On ADR ORDER." The notice does not appear to seek any relief from this Court. To the extent Mr. Walters is asking this Court for relief, the request is **DENIED**. The Court has dismissed Mr. Walters's original complaint and no amended complaint has been filed.

      IT IS SO ORDERED.

Dated: March 26, 2008

                                                          _____
                                                          EDWARD M. CHEN<br>                                                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  CHRIS WALTERS,                                    No. C-08-0483 EMC
9           Plaintiff,
10           v.
                                                     **CERTIFICATE OF SERVICE**
11  MICHAEL ASTRUE, *et al.*,
12           Defendants.
                                       /
13
14
15     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
16  District of California.  On the below date, I served a true and correct copy of the attached, by placing
17  said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
18  said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
19  receptacle located in the Office of the Clerk.
20  CHRIS WALTERS
    2414 Kettleman Lane #210-1109
21  Lodi, CA  95242
22
    Dated:  March 26, 2008                           RICHARD W. WIEKING, CLERK
23
24
                                                     By:        /s/
25                                                         Betty Fong
                                                           Deputy Clerk
26
27
28