UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-08-0483 EMC<br><br>**ORDER RE PLAINTIFF'S NOTICE OF INFORMAL SETTLEMENT**<br><br>**(Docket No. 14)** |

    Plaintiff Chris Walters has filed a document titled "Notice of Information Settlement Based On ADR ORDER." The notice does not appear to seek any relief from this Court. To the extent Mr. Walters is asking this Court for relief, the request is **DENIED**. The Court has dismissed Mr. Walters's original complaint and no amended complaint has been filed.

    IT IS SO ORDERED.

Dated: March 26, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS WALTERS,

        Plaintiff,

   v.

MICHAEL ASTRUE, *et al.*,

        Defendants.
_____/

No. C-08-0483 EMC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CHRIS WALTERS
2414 Kettleman Lane #210-1109
Lodi, CA  95242

Dated: March 26, 2008                   RICHARD W. WIEKING, CLERK

                                     By:       /s/
                                               Betty Fong
                                               Deputy Clerk

**United States District Court**
For the Northern District of California