Mr. Chris Walters
c/o Plaza Suites Hotel
301 E University, Room 370
Las Cruces, NM 88005-3399
Wednesday, March 26th, 2008

Civil Filing Clerk
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA  94102

RE:   Change of Plaintiff Address
      Walters v Asture c0800483 EMC

Dear Clerk:

I have been on temporary leave of absence and have a new address which appears above.   I was unable to get access to PACER to follow the case and wanted to know if you could sent me a copy of the current docket sheet?

Many Thanks

Chris Walters, Plaintiff Pro Se

3-26-08

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA