



| Before the United States District Court<br>Northern District of California<br>450 Golden Gate Ave<br>San Francisco, CA | United States District Court<br>200 E. Griggs,<br>Las Cruces, New Mexico 88001 |
|---|---|
| Chris Walters<br>2414 W Kettleman #210-1109<br>Lodi, CA 95242<br>Plaintiff Pro Se | Chris Walters<br>Plaintiff Pro Se<br>PO Box 160<br>Las Cruces, NM 88004<br>Plaintiff Pro Se |
| vs. Civil CA0800483 EMC<br>The Honorable Edward M Chen Presiding | vs. CV-07-257<br>Presiding Judge Judith Hererra |
| MICHAEL J. ASTRUE, et all<br>Commissioner Of Social Security<br>The Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235-6401<br>Defendant | MICHAEL J. ASTRUE<br>Commissioner Of Social Security<br>The Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235-6401<br>Defendant |

## Plaintiff Chris Walters Motion To Answer As
## Social Security Administration Discovery Motion

NOW COMES THE Plaintiff Pro Se Chris Walters before the Honorable US District Court in Northern District of California to move to answer several irregular inquiries made by Administrative Law Judge William Herbert of San Antonio, Texas and Administrative Law Judge Sandra C Rogers of Stockton, California in Chris Walters SSI Claim 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 within the frame work of the US District Court Discovery Order to wit:

Plaintiff Chris Walters Returns From Temporary Leave of Absence

Chris Walters recent <u>Discovery Motion for A Settlement</u> proposed to move back to Las Cruces, NM and use portions of the existing "Back pay" to secure an apartment. The Plaintiff Chris Walters has been on temporary leave of absence from both Courts and new address and contact information is:

Chris Walters
301 E University Suite 370
Las Cruces, NM 88005-3399
(505-525-2083)

Chris Walters
PO Box 232
Las Cruces, NM 88004-0232
email: nims2006@gmail.com

1



**Inquiries Made to Administrative Law Judges**
**To Be Answered as Discovery-"Lacks Jurisdictional Standing"**

1. Exhibits previously docketed by Chris Walters in the Complaint and subsequent Discovery Motions show that Administrative Law Judge William Herbert of San Antonio, Texas apparently made an irregular request to the Social Security Appeals Council which resulted in a secret hearing of October 15th, 2007 which was forwarded to Administrative Law Judge Sandra C. Rogers of Stockton, California to set a hearing on disability determinations; employability….

2. Chris Walters suggest to the Court and parties that these questions are of a nature answerable as permitted by "Discovery" and barring objections by the Social Security Administration will submit an answer.

3. The actions of Administrative Law Judge William Herbert; Administrative Law Judge Sandra C Rogers; and the Appeals Council seem to be processing an SSI claim in a manner as prescribed by law prior to a claim being filed in a US District Court and appear ignorant that the disability question was heard in US District Court, NM CV-0257 the Honorable Judge Judith Hererra Presiding about a year ago.

4. The Social Security Administration waived service of process; trial and stipulate that a disability exist; and created an informal agreement with Chris Walters which was approved by the Court as <u>Exhibits A and B</u>.

5. Judicial Misconduct inquires with both the 9th and 10th US Circuit Court have failed to produce any tangible evidence that either ALJ Herbert; ALJ Sandra C. Rogers; nor the Social Security Appeals Council have any right of review <u>Title 28 Sec 1291 Final decisions of district courts</u> which is a right reserved to US Circuit Courts of Appeals.

6. While no federal agency is entitled to over rule a United States District Court Judge, the US District Court here in New Mexico entered the ORDER without prejudice so that additional inquiries could be considered by the Court if need arises.



**Updated Chris Walters Medical Status**
CD-Rom D:/ssi/access/index.html

1. In answering the inquiries by the Appeals Council Plaintiff Chris Walters submits into Evidence <u>Exhibit C</u> as a computerized Disc written in basic html which contains Chris Walters medical records which are accessed D:/ssi/access/index.html.

2. As the 200 some odd doctors have described Chris Walters has 10 doctors describing Congestive Heart Failure and more recently diagnosed as circulation problems in the legs which

require corrective surgery; 45 some odd doctors prescribing a colon exam for loss of bowel control; and 80 some odd doctors treating chronic infections which are MRSA; Staph; and C. diff a colon pathogen.

3.     The records show disability determinations were made for the Social Security Administration largely by their state certified doctors to include Dr. Donald Steph 5/21/1997 who performed 2 surgeries for cancer; Social Worker Katherine Kite 9-25-1997 at University Health Systems for <u>Dr. Mauck ID #12639</u> in response to request from Texas State; Dr. Gay Evans on 12-12-1997 for Arizona State Department of Economic Security; serious medical conditions requiring medical attention were diagnosed by GI Specialist Doug Wright of Kerrville, Texas 1-15-1999; Dr. Mark Cieniaswki of Express Care Medical Groups in Bellingham, WA made a disability determination on 7/27/01For Washington State DSHS; Dr. Ferguson Travis Park UMC San Antonio, TX 78205 asked if the colon problem is worth an estimated $90,000.00 in surgery to repair; and Dr. Eric Strandberg of US Health Works in Seattle made a disability determination for Washington State DSHS recommended Echo Cardio Gram; Venous Studies of Legs; and Colonoscopy with a disability period not to exceed 12 months from time when treatment began.

5.     10-4-2006 Dr. Leighton of Salem General Hospital in Salem, Oregon was able to do surgery on left leg for an apparent large infection  PT 45833977 and according to the doctor avoid having to cut Chris Walters left leg off and there are numerous doctors performing minor surgeries for infections.

6.     While Chris Walters did get some immediate diagnosis and treatment started in April-June, 2007 here in Las Cruces, NM local authorities reported no low income housing options. Chris Walters was able to move to Lodi, California and get an apartment for 6 months however local doctors widely report they do not accept the State Medicade or it will not pay for the treatment proposed by the several doctors acting as representatives of the Social Security Administration.

7.     The Rio Grande Medical Group has agreed to see Chris Walters and assign a Primary Care Physician and  local GI Specialist is doing a colon exam on 4/10/2008.  It is believed that Dr. Keller a local vascular surgeon can do the surgeries recommended by Social Security Dr. Eric Strandberg of Seattle, Washington.  It is believed that within a month or so Chris Walters can have an update on his medical condition if Social Security or New Mexico State officials wish.

Discussion On the Merits of Revisiting The Social Security Claim From Hell
Exhibit C: CD:Rom://ssi/index.html

The record shows that it took Texans from 1997 to 2007 to create a massive mess which many Social Security Attorneys Chris Walters spoke to referred to the case as the "Social Security Claim from Hell".  It is hard to believe it only took 2 month for Social Security Technical Expert Betsy Huber and the US District Court to unravel that mess and come up with a working solution that resolves all the liabilities and proposes to move forward with medical treatment.   Chris Walters might suggest that the excellent work done by  Technical Expert Betsy Huber might merit a promotion.

Parties wishing to file legal briefs might contact:     Parties having technical issues might contact:

Gregory J. Fouratt, USA                                      Social Security Administration
P.O. Box 607                                                       Technical Expert Betsy Huber
Albuquerque, NM 87103                                    2141 Summit Court
(505-346-7274)                                                    Las Cruces, NM 88011
Fax 505-346-7296                                                (505-523-9313 ext 1215)

Barring objections by the parties of interest Chris Walters will mail a courtesy copy to the US District Court, NM and SSA Technical Expert Betsy Huber; and US Attorney for New Mexico.

Respectfully Submitted By
Chris Walters
301 E University
Las Cruces, NM 88005-3399



## Certificate of Service

I Christopher Walters, Plaintiff Pro Se do state and affirm that I have caused a true and correct copy of the foregoing <u>Motion and</u> Exhibits to be mailed by first class US Mail on the ___3___ day of April, 2008 to the following parties:

1. Office of General Counsel
   Social Security Administration
   Windsor Building
   6401 Security Blvd
   Baltimore, MD 21235

2. United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

3. United States Attorney
   Box 36055
   450 Golden Gate Avenue
   San Francisco, CA 94102

4. Gregory J. Fouratt, USA
   P.O. Box 607
   Albuquerque, NM 87103

5. US Magistrate Judge Richard L Puslisi
   U.S. District Court
   333 Lomas N.W.
   Albuquerque, NM 87102

6. Social Security Administration
   Technical Expert Betsy Huber
   2141 Summit Court
   Las Cruces, NM 88011
   (505-523-9313 ext 1215)

As Executed By Chris Walters_____ Date: __April 3, 2008__

4

Plaintiff Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS WALTERS,

    Plaintiff pro se,

vs.                                      Civ. No. 07-257 JH/RLP

Michael J. Astrue, Commissioner of
the Social Security Administration,

    Defendant.

### ORDER OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a)(2).

THIS MATTER comes before the Court on the Motion of Plaintiff to Withdraw Lawsuit Based on Informal Agreement of the Parties, filed April 5, 2007. [Docket No. 7]. Defendant has not been served with process and has not entered an appearance in this matter.

The Court finds Plaintiff's Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw Lawsuit is GRANTED, and this Action is **Dismissed without Prejudice** pursuant to F.R.Civ.P. 41(a)(2).

JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

```
    *BPC*
840 S. EL PASEO
    524-2866
    40       @1.75
SERVICE I    7.00
    70       @0.06
COPIES I     0.42
    20       @0.10
SUPPLIES I   0.20
   ITEM CT  13
TAX          0.54
   CASH 8-16
11:31AM12-07-2007
  5989 CLERK01
```

CLOSED

# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00257-JCH-RLP

Walters v. SSA
Assigned to: District Judge Judith C. Herrera
Referred to: Magistrate Judge Richard L. Puglisi
Cause: 42:405 Review of HHS Decision (SSID)

Date Filed: 03/15/2007
Date Terminated: 04/17/2007
Jury Demand: None
Nature of Suit: 864 Social Security: SSID Tit. XVI
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Chris Walters        represented by Chris Walters
PO Box 160
Las Cruces, NM 88004
Email: Chris.saidthanks2006@gmail.com
PRO SE

V.

**Defendant**

Social Security Administration, The
*Linda S. McMahon, Acting Commissioner of Social Security Administration*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2007 | 1 | COMPLAINT against Social Security Administration, The (IFP sent to RLP ), filed by Chris Walters. (Attachments: # (1) Exhibit Letter #(2) Exhibit Resume# (3) Exhibit Letter2)(yc) (Entered: 03/20/2007) |
| 03/15/2007 | 2 | Letter re: consent to proceed before a U.S. Magistrate Judge (yc) (Entered: 03/20/2007) |
| 03/15/2007 |  | Judge Richard L. Puglisi assigned (yc) (Entered: 03/20/2007) |
| 03/26/2007 | 3 | MOTION to file amended complaint by plaintiff Chris Walters. (ln) (Entered: 03/26/2007) |
| 03/26/2007 | 4 | MOTION for instructions on expartied request for emergency hearing by ALJ William Herbert by plaintiff Chris Walters. (ln) (Entered: 03/26/2007) |
| 04/02/2007 | 5 | ORDER granting Chris Walters' Application to proceed in forma pauperis by Judge W. Daniel Schneider w/order for service of process by U.S. Marshal (Blank Summons and Form USM-285 mailed to pro se plaintiff to fill out and mail back to us for service) (bap) (Entered: 04/02/2007) |

| | | |
|---|---|---|
| 04/02/2007 | 6 | NOTICE by Chris Walters of Sward of SSI Benefits & Response to SSA request for information & hearing of 4/2/2007 (Exhibit C: CD Rom is located in file in the Records Dept in Albuquerque) (bap) (Entered: 04/03/2007) |
| 04/05/2007 | 7 | MOTION to (Dismiss) Withdrawal of Law Suit w/memorandum of law in support of based on informal agreement of parties by Chris Walters. (jrm) (Entered: 04/06/2007) |
| 04/09/2007 | 8 | Summons Issued as to SSA, U.S. Attorney and Attorney General and forwarded to U.S. Marshal to perfect service pursuant to Las Cruces staff (bap) Modified on 4/9/2007 (bap) (Entered: 04/09/2007) |
| 04/12/2007 | 9 | NOTICE by Chris Walters that plaintiff has been run out of New Mexico (bap) (Entered: 04/12/2007) |
| 04/16/2007 | 10 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Judith C. Herrera as the presiding judge. Judge Richard L. Puglisi is assigned as the referred judge in this case (bap) (Entered: 04/16/2007) |
| 04/17/2007 | 11 | ORDER by Judge Judith C. Herrera granting Motion to Dismiss [7] and dismissing this action without prejudice. (bw) (Entered: 04/17/2007) |
| 05/04/2007 | 12 | MOTION for demand of award of reasonable Attorney Fees and Memorandum of Law in Support of by Chris Walters. (bap) (Entered: 05/07/2007) |
| 05/04/2007 | 13 | MOTION for Reconsideration re [11] Order on Motion to Dismiss w/out prejudice for award of reasonable attorney fees to plaintiff by Chris Walters. (bap) (Entered: 05/07/2007) |
| 05/04/2007 | 14 | SUMMONS Returned Executed by Chris Walters. U.S. Attorney, served on 4/30/2007, answer due 6/29/2007. (yc) (Entered: 05/07/2007) |
| 05/04/2007 | 15 | SUMMONS Returned Executed by Chris Walters as to SSA Comm. (yc) (Entered: 05/07/2007) |
| 05/09/2007 | 16 | United States Magistrate Judge Richard L. Puglisi's Analysis and Recommended Disposition denying [12] Motion for Attorney Fees; denying [13] Motion for Reconsideration (jtc) (Entered: 05/09/2007) |
| 05/11/2007 | 17 | Second MOTION for Reconsideration Transfer Venue by Chris Walters. (bap) (Entered: 05/11/2007) |
| 05/14/2007 | 18 | NOTICE by Pro Se Pltf Chris Walters on extended leave of absence (jrm) (Entered: 05/15/2007) |
| 05/17/2007 | 19 | BRIEF as to question of interception of USDC Order/Finding...deferred to U.S. House Committee on Judiciary by Chris Walters. (yc) (Entered: 05/17/2007) |
| 05/22/2007 | 20 | ORDER by Judge Judith C. Herrera ADOPTING Report and Recommendations [16] and DENYING Plaintiff's Motion for Reconsideration [13] and Motion for Attorney Fees [12] (baw) (Entered: 05/22/2007) |



Retired US Senator Bob Packwood
Republican-Oregon

National Survey On
Social Services-1986-1996

The National Survey On Social Services was authorized by 15 states & federal authorities and led to creation of several US Statute such **Community Service Block Grants**; and **Welfare Reform Act of 1996**, as Title 42 USC 11301; Title 7 USC 2014(b) Food stamps

The focus of the auditing processes suggests **model shelter technology** to avoid problems with **organized criminals** or take over by **terrorist and prison based gangs**



Volunteer At Forsyth County Library
News Article Winston Salem Journal
660 West Fifth Street
Winston-Salem, NC 27101

Chris Walters Resume

I have worked in the security and private investigations industry for over 35 years. My more recent experience for the last 20 years concerns auditing activities related to government programs (1986-1996) I was asked to complete the **National Survey on Social Services** (1997-2006) involved operational audits of the Social Security process, and from (1993-2006) my experience expanded to include **private contracting for FEMA programs and Homeland Security** related research.



Government Accountability Office
441 G St., NW
Washington, DC 20548

Operational Audits
Of Federal Programs

This link asks What are the implications of operational field audits of various federal programs?



General Theories of Subatomic Physics

Subatomic Physics

Study of subatomic physics an informal academic study of the "String theory": Daughter Universes and odds and ends of subatomic physics.

---

Commissioner Michael J. Astrue
Social Security Administration
Office of Public Inquiries
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235

Operational Audits-Social
Security
Process 1997-2008

This **10 Year Survey** of the Social Security disability process prepared for Congressional reviews many of the **frauds, hoaxes, and shams** which stem from apparent inability to complete simple **simple medical work pursuant too the requirements of Title 42 Sec 423 (d)(5)(b) A Motions in USDC,NDC** was filed asking if the Social Security Administration should be placed in temporarily custody of the World Court?



Study Protocol National 911
National Administrator

The National 911 Command
& Control Systems-1993-
2006

This **Level 2 program for Florida** dated 2005 was created by **interstate agreements** which led to the creation the first consolidated national 911 auxiliary communications system for a 15 state area

Chris Walters Author
PO Box 232
Las Cruces, NM 88004-0232



Washington Emergency
Management
Level 3 Programs

AfterDark Auxiliary
Communications Network 2007

This study groups created the **After Dark** auxiliary communications network in Washington State 2001/2007 with **many nice endorsements**



Dating



Reports to 107th Congressional
Committees

Tenders To US Congress Legal
Disclaimer

**Many of the studies** on this website have been submitted as "**Evidence and Testimony**" before various Committees of Congress and the United Nations and no 3rd parties or Court of law has a jurisdictional authority to vend, dispense, or practice law in these matters.



## Chris Walters Medical History
## Documents and Medical Reports

Patient: Christopher A. Walters
DOB: 10-27-1950
SS: 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
New Mexico Medicaid ID Card #3764512717
Card Control # 13918553

I was recently found disabled by the Social Security Administration and given medical benefits which should provide for a Primary Care Physician and medical work which has been prescribed by various doctors for some time:

1. Dr. Donald Steph: 5-1997 Surgical report for removal 2 tumors; Tyler, Texas-Link which was followed by a disability determination by Dr. Gay Evans of Tucson, Arizona Link 1 & Link 2

2. Dr. Doug Wright GI Specialist referral for upper and lower GI series Kerrville, TX 1999 Link 1 & Link2 which led to Washington State Disability Determinations by Dr. Mark Cieniawski, MD in 2002 Link 1 & Link 1

3. Dr. Eric Strandberg Internal Medicine Specialist Seattle, WA doing disability determination for Social Security 10-2005 recommended echocardiogram; consult with vascular surgeon; and GI series. Link & Link 1 & Link 2 Link 3 & Link 4

4. Memorial Urgent Care Clinic Vancouver, WA diagnosis of CHF Link and arranged a follow up exam by Dr. Jose Pinon Vancouver, WA diagnosis of loss of bowel control-Link 1 & Link 2 & Link 3 & Link 4

6. Dr. Leighton of Salem General Hospital performed emergency surgey on left leg and states if infection had gone further it would have resulted in amputation of left leg Link

7. Rio Grande Medical Clinic of Las Cruces, NM became primary care physician in 2007 and made a referral to Vascular Diagnoistic Lab which conducted a vascular study of legs and found extensive blood clots and blockages Link A colonoscopy of pending to be



**Modern Medical Science**
**1992-1997**
**5 Year Delay-15 Minute Surgery for Cancer**

10 Doctors took 5 years to do 10 minute surgery for cancer and several more have advised to stay out of sun and reevaluate possible tumor.



**Congestive Heart Failure**
**2001-2005**

## Congestive Heart Failure?

What 10 doctors originally described as needing aspirin a day; later described as pretibial edema in legs; stasis ulcers; Congestive Heart Failure with periodic buildup of

performed by Dr. Reinhold. Dr. Keller is expected to recommend vascular surgery on legs in 2008

Chris Walters
PO Box 232
LAS CRUCES, NM 88004-0232



**Patient Review of Medical History
Recommended Course of Medical Action**

Mrs. Doris Walters was a medical transcriber for the VA Hospital system and wrote the attached family medical history which suggest an extensive history of terminal cancer and colon problems.

### Gastro Intestinal History

From 1950-2000 I have a long history of alternate constipation and diarrhea which Dr. Doug Wright suggested was a "pseudo obstruction" with chronic fungus infections on anus. In August, 2008 a 3 day bleeding episode occurred while taking Clindex. After the bleeding completed a loss of bowel control was evident where all bowel movements are generally liquid (the squirts). Chronic fungus infections were replaced to by permanent Staph infections. In December 2007 Dr. Agravat of Tallahassee Memorial Hospital suggested an artifact passed could have been the remains of a cyst. Years of treatment with Keflex for Staph infections may have caused Ulcerative Colitis via bacteria C. Diff. Some success in treatment was achieved through Difucan for internal fungus.

Doctors have recommended an upper and lower GI series to determine the cause of the colon problems to permit a proper course of treatment.

### Treatment of Chronic Infections

fluid in lungs; liver, and colon structure-limits my ability to stand more than 3 hours a day. As Dr. Eric Strandberg of US Health Works explained on 10-25-2005 nobody ever did an "Echo Cardiogram" or other specific test to exactly define the problem.



**Golden Colon Award
1952-2005**

**Loss of Bowel Control**

Loss of Bowel Control 45 some doctors prescribed endoscopic exam which might be caused by chronic Staphylococcus Aureus poisoning or other causes. As Dr. Eric Strandberg of US Health Works explained on 10-25-2005 in 7 years nobody ever did a "colonoscopy" or other specific test to exactly define the problem. Various communities cite a lack of funding and other problems.



**Torres Community Shelter Partnership
Case Manager Patrick Clark**
101 Silver Dollar Way,
Chico CA 95928
(530-891-9048
Fax 530-891-9084

**Have You Hugged A**

http://www.geocities.com/chrissaidthanks2007/ssi/access/index.html                4/3/2008

Medical records database shows about 80 some odd doctors treating chronic Staph Infections with some authorities citing MSRA. While Keflex is successful for treating Staph infections it is known to cause ulcerative colitis in patients with colon problems via C diff. Doctors in Seattle were able to control MSRA with doses of Clindamycin and others have success from 500 MG of Penicillin.

Staph infections are highly communicable especially to persons who have immune problems as was demonstrated as 50 some odd persons required medical treatment from casual exposure. One person sued Chris Walters and Social Security in a State District Court claiming he was infected and hospitalized twice with surgeries due to officials negligence. Several surgeries have been required to treat the infections the latest in October, 2006 in the Emergency Room in Salem General Hospital. The treating physician opened a hole in the left leg to the bone which too months to close completely.

## Diagnosis & Treatment of CHF

Many doctors have diagnosed Congestive Heart Failure and several suggest it might have been brought on by being on Lassix for several years without Potassium or due to potassium absorbed by C Diff infections in colon. A Dr. Eric Strandberg (Seattle) recommended an Echo Cardiogram to rule out CHF which was attempted however the results had technical flaws. Dr. Strandberg and Dr. Lon Morgan (North Carolina) also recommended a consultation with vascular surgeon with possible surgery for ulcers in legs. A biopsy might be appropriate for unknown growth on back of left leg as suggested by ER Doctor at Sidney Peterson Hospital, TX.

Prepared By Chris Walters, Patient
April, 2008

## Plague Carrier Today?

Patrick Clark explained to his staff there is absolutely nothing medically wrong with Chris and you should give him a big hug everytime he comes to the office. The daily ritual of hugs; handshakes; and other physical contact not recommended by many doctors went on for a whole 2 weeks. Most unfortuate-all those nice folks got a real nasty case of Staph poisioning; many required medical treatment; 1 was hospitalized; maybe 50 persons made ill and you guessed it Patrick Clark didn't get a sniffle. The emergency room doctor here at Providence Hospital in Medford, Oregon won't come within 5 feet of me and explains persons who carry MRSA are the leading cause of death of emergency room physicians.

David Bradshaw sued both Chris Walters and Social Security Representative in North Carolina claiming government negligence caused him to be hospitalized twice. North Carolina pleaded they could violate the law whenever they wish.. 80 doctors & other sources treat chronic infections many of which suggest coliform bacteria or a resistant form of Stalph which various 3rd parties discovered is as doctors suggested highly communicable.