**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-08-0483 EMC<br><br>**ORDER RE PLAINTIFF'S MOTION TO ANSWER AS SOCIAL SECURITY ADMINISTRATION DISCOVERY MOTION**<br><br>**(Docket No. 17**) |

　　　　Plaintiff Chris Walters has filed a document titled "Motion to Answer as Social Security Administration Discovery Motion." In the document, Mr. Walters claims that an ALJ in Texas "apparently made an irregular request to the Social Security Appeal Council which resulted in a secret hearing of October 15th, 2007 which was forwarded to [an ALJ in California] to set a hearing on disability determinations." Mr. Walters suggests that "these questions are of a nature answerable as permitted by 'Discovery' and barring objections by the Social Security Administration will subject an answer."

　　　　It is not clear why Mr. Walters is seeking any relief from this Court. Discovery is run by the parties. If he believes that the Social Security Administration has propounded discovery on him and he is amenable to responding to that discovery, the involvement of the Court is not necessary. The Court notes, however, that no formal discovery has commenced in the instant case since (1) the

///

///

complaint has never been served and (2) the Court previously dismissed the complaint and no amended complaint has yet been filed.

For the foregoing reasons, the Court denies Mr. Walters's motion.

IT IS SO ORDERED.

Dated: April 7, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WALTERS, | No. C-08-0483 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MICHAEL ASTRUE, *et al.*, | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

CHRIS WALTERS
2414 Kettleman Lane #210-1109
Lodi, CA 95242

Dated: April 7, 2008          RICHARD W. WIEKING, CLERK

By: _____/s/_____
       Betty Fong
       Deputy Clerk