


<u>Before the United States District Court</u>
Northern District of California
450 Golden Gate Ave
San Francisco, CA

<u>United States District Court</u>
200 E. Griggs,
Las Cruces, New Mexico 88001

Chris Walters
2414 W Kettleman #210-1109
Lodi, CA 95242
Plaintiff Pro Se

Chris Walters
Plaintiff Pro Se
PO Box 160
Las Cruces, NM 88004
Plaintiff Pro Se

vs. Civil CA0800483 EMC
The Honorable Edward M Chen Presiding

vs. CV-07-257
Presiding Judge Judith Hererra

MICHAEL J. ASTRUE, et all
Commissioner Of Social Security
The Social Security Administration
6401 Security Blvd
Baltimore, MD 21235-6401
Defendant

MICHAEL J. ASTRUE
Commissioner Of Social Security
The Social Security Administration
6401 Security Blvd
Baltimore, MD 21235-6401
Defendant



## Plaintiff Chris Walters Motion For Reconsideration
## To Comply With ORDER Of Court

NOW COMES THE Plaintiff Pro Se Chris Walters before the Honorable US District Court in Northern District of California et all to move to answer the ORDER(s) of the Court apparently issued in March, 2008 while Chris Walters was on leave of absence which were finally delivered on Saturday, April 5th, 2008 to wit:

1. <u>Exhibit A</u>: The Orders of the Court and other documents are being obstructed from delivery by AIM mail center in probable violation of Title 18 USC 402 <u>Contempt</u>.

2. <u>Citation of Authority:</u> By chance and circumstance Chris Walters Motion to Withdraw Complaint was filed April 4th, 2008 in good faith and without the knowledge or access to the previous Court ORDERS and did not disregard the instructions of the court out of malice nor disrespect.

3. It appears the Court has explained that while it is a requirement that Chris Walters report possible violations of Title 18 USC 402 Contempt the enforcement of violations

of Title 18 CRIMES is a matter of discretion.

4. Certainly common sense would in dictate that given the number of possible prosecutable offenses at any time; the limitations of time, money, and prosecuting personnel that enforcement of such statutes as Title 18 USC 402 <u>Contempt;</u> Title 18 USC 242 <u>Deprivation of rights under color of law</u>…. and other matters such as interception of the US Mail are not always enforceable.

5. <u>Exhibit B</u>: Given the limits of resources and personnel of the Judicial Branch Chris Walters was able to facilitate a request last year for a National Security Death Warrant to several Congressional Committees under the US Patriot Act where Judge John Doe lacked any Jurisdictional standing to seize and obstruct an ORDER of the US District Court and would be regarded as being engaged in a subversive or terrorist activity.

### Discussion On the Merits Of National Security Death Warrants

Knowing the limitations of the Judicial Branch of government and the ORDER and Finding of the Court why would a private citizen request a relief from the courts for a person who is:

1. Obstructing US District Court ORDERS or legal process.
2. Mere federal employees are attempting to over rule a US District Court Judge or impersonate ; or usurp the powers of US Circuit Court of Appeals.
3. Engaged in an extensive conspiracy to deny a private citizen medical treatment.
4. Holding secret hearings in violation of the due process and equal protection of the law?
5. Engaged in other serious violations of law.

Wouldn't jurisprudence and the US Patriot Act find a simpler resolution by simply bringing the matters to the attention of the several Chairmen of the Congressional Committees and suggesting the execution of the "terrorist" or subversive party and avoid undue embarrassment to the government?

**Respectfully Submitted By**
**Chris Walters**
**301 E University**
**Las Cruces, NM 88005-3399**

### Certificate of Service

There are no additional copies of this document served on any party as this is intended as a priviledged reply to the Honorable US Magistrate Chen & staff.

As Executed By Chris Walters _____ Date: April 8. 2008

Ex hibit A

Mr. Chris Walters  
PO Box 232  
Las Cruces, NM 88004-0234  
Friday, April 4th, 2008

Mrs. Carmel Augusto  
AIM Mail Center  
2414 W Kettleman Lane Suite 210  
Lodi, CA 95242

RE:   Request forward mail Box 1109:

Dear Mrs. Carmel Augusto:

    I was given the enclosed fax didn't make it requesting my mail be forwarded to Las Cruces, New Mexico. I have enclosed an additional $10.00 money order to cover the costs of any additional forwarding charges.

    Thanks for forwarding my mail to:

Mr. Chris Walters  
PO Box 232  
Las Cruces, NM 88004-0234

Many thanks for your assistance and if you need more money to forward mail, please let me know.

Chris Walters  
Customer Box 1109

Question Deferred To US House Judiciary Committee & UNSC    Page 1 of 2
Case 3:08-cv-00483-EMC    Document 20    Filed 04/09/2008    Page 4 of 9

Exhibit B

| <br>**Chairman Bernie G. Thompson**<br>U.S. House of Representatives<br>Committee on Homeland Security<br>Washington, D.C. 20515<br>(202) 226-2616<br>Fax: (202) 226-4499 | <br>**Chairman Silvestre Reyes**<br>House Committee On Intelligence<br>H-405, U.S. Capitol<br>Washington, DC 20515-6415<br>(202) 225-7690<br>Fax: (202) 226-5068<br>Intelligence.HPSCI@mail.house.gov | <br>**Chairman Senator John D. Rockefeller IV**<br>US Senate Select Committee On Intelligence<br>211 Hart Senate Office Building<br>Washington, D.C. 20510<br>202-224-1700 | <br>**US Department Of Justice**<br>**Alice S. Fisher Assistant Attorney General**<br>Criminal Division<br>950 Pennsylvania Ave.<br>Washington, D.C. 20530-0001<br>202-514-2601 |

## Question of National Security
## Death Warrant In USDC New Mexico

Dear Friend:

I wanted to drop by and explain why I recently asked several Congressional Committees and other officials to authorize a National Security Death Warrant for a John Doe in the United States District Court in the District Court of New Mexico. My name is Chris Walters and I am Plaintiff of record in a civil action Walters V McMahon/SSA #07-257 where the Honorable Judge Judith C Hererra is presiding and the Court and Social Security Commissioner have done an excellent job of adjudicating the complex questions. We have also seen the untimely and unlawful appearance of a person known as John Doe who is actively seizing Plaintiff's mail; registered US Mail; and more recently the ORDER of the USDC Docket #20 5/22/2007:

1. Exhibit A is Notice to pick up UPS package which is a registered mail from Vision Optical to Chris Walters at his UPS address dated Saturday May 19,2007 which has not apparently been seen or heard from in 2 months although it's actual travel distance is 1 1/2 miles across Las Cruces, New Mexico

2. Statement of Fact: Chris Walters wrote a letter to the UPS Store where the mail is received in early June, 2007 and several weeks later the owner of the mail service admits he has not forwarded Chris Walters mail and states he is currently holding it as is also cited in Docket 19 concerning routine theft and pilferage of Chris Walters mail.

3. Exhibit B: is one of several reciepts to Congressional Committees recommending the authorization for the execution of John Doe

## Discussion On Merits of Execution of John Doe

Chris Walters is supposed to be trying to locate a permanent place of residence on behalf of the Social Security Administration and will have to stop what he is doing and travel 1,200 miles to Las Cruces, New Mexico and spend a large portion of his monthly check on transportation to pick up his mail. More money will be spent faxing copies of this document to many members of Congress asking John Doe a non party to be whacked for tampering with a US District Court action where he or she is not a named party of interest. While the theft and extreme delays in delivery

of the US Mail in the Las Cruces area is legendary and the frequent topic of newspaper and television commentaries the history of the SSA claim shows a history of organized theft of official documents from several Courts who have heard this cause over a decade. Given the evidence and circumstances it is believed that John Doe might be a sitting US District Court Judge or Magistrate in the Western District of Texas who has for years authorized theft of official documents to prevent appeals. For the purposes of this action Chris Walters has suggested that John Doe is engaged in what should be considered a "terrorist activity" and subject to summary execution pursuant to the US Patriot Act:

Respectfully Submitted By
Chris Walters, Counsel of Record
email; chrissaidthanks2005@yahoo.com
Box 245 1300 "G" El Paseo Road
Las Cruces, New Mexico 88001



Courtsey Copies Mailed Too:

Clerk's Office
U.S. District Court
333 Lomas N.W.
Albuquerque, NM 87102
Fax: 505-348-2028

Larry Gomez, USA
P.O. Box 607
Albuquerque, NM 87103
(505)346-7274
Fax (505)346-7296

United States Senate
Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, DC 20510
Democratic Phone: (202) 224-7703
Democratic Fax: (202) 224-9516



**that was easy.**

| | |
|---|---|
| **Store:**<br>Store#1375-LAS CRUCES<br>2260 EAST LOHMAN AVENUE<br>LAS CRUCES, NM 88011<br>(505)526-4871 | **Customer Information:**<br>CHRIS WALTERS<br>PO BOX 160<br>LAS CRUCES, DC 88001<br>Telephone: (505)525-2803<br>Ship Date: 05/04/2007<br>Entry Date: 05/04/2007 |

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
| <br>479536 | UPS Next Day Air ®<br>Residential<br>Content:LEGAL DOCUMENT<br>Package Value: $100.00<br>Insured at no additional cost<br>Trk #:1ZE14A230100534885<br>Actual WT: 0.55 LBS<br>Delivery Date: 05/07/2007 | <br>$27.61 | US SENATOR JOHN ROCKEFELLER ...<br>US SENATE COMMITTEE<br>211 Hart Senate Office Build...<br>WASHINGTON, DC 20510-0001 |

**# of Items 1**                                             **Pretax Total $27.61**

**Damaged, Lost, or Late Claims**
In the event that your package(s) is damaged, lost, or late, please contact the **Staples Ship Center Claims** Department at **1-800-797-5924**. Please have your tracking numbers available. All late claims must be called into the Staples Ship Center Claims department within 15 days of the expected delivery date. Late claims filed after 15 days will not be honored.

**To track your package:**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS (742-5877).

**I understand/agree that:**
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples/UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer, (b) repair cost, (c) replacement cost, OR (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International Packages may be subject to duties, taxes, and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) All claims for lost, late, or damaged packages must be made with the Staples Claims Center (800-797-5924).

_____Date_____
Customer Signature

Friday, May 04, 2007 14:25:44 PM


**that was easy.**

**Store:**
Store#1375-LAS CRUCES
2260 EAST LOHMAN AVENUE
LAS CRUCES, NM 88011
(505)526-4871

**Customer Information:**
AD HOC LEGAL COUNSEL
301 E UNIVERSITY
ROOM 283
LAS CRUCES, NM 88001
Telephone: (505)525-2083
Ship Date: 05/14/2007
Entry Date: 05/14/2007

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
|  479536 | UPS Next Day Air ® Residential Content:LEGAL DOCUMENT Trk #:1ZE14A230100535393 Actual WT: 0.95 LBS Delivery Date: 05/15/2007 |  $27.86 | CONGRESSMAN JOH CONYERS JR US CONGRESS 2426 Rayburn WASHINGTON, DC 20515 |
|  389793 | Insured ( $200.00 ) |  $1.60 | |

**# of Items 2**                                **Pretax Total $29.46**

**Damaged, Lost, or Late Claims**
In the event that your package(s) is damaged, lost, or late, please contact the **Staples Ship Center Claims** Department at **1-800-797-5924**. Please have your tracking numbers available. All late claims must be called into the Staples Ship Center Claims department within 15 days of the expected delivery date. Late claims filed after 15 days will not be honored.

**To track your package:**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS (742-5877).

**I understand/agree that:**
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples/UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer, (b) repair cost, (c) replacement cost, OR (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International Packages may be subject to duties, taxes, and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) All claims for lost, late, or damaged packages must be made with the Staples Claims Center (800-797-5924).

_____Date_____
Customer Signature

Monday, May 14, 2007 13:43:30 PM

**STAPLES**
that was easy.

**Store:**
Store#1375-LAS CRUCES
2260 EAST LOHMAN AVENUE
LAS CRUCES, NM 88011
(505)526-4871

**Customer Information:**
CHRIS WALTERS
PO BOX 160
LAS CRUCES, DC 88001
Telephone: (505)525-2083
Ship Date: 05/04/2007
Entry Date: 05/04/2007

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
|  479536 | UPS Next Day Air ® Residential Content:LEGAL BRIEF Package Value: $100.00 Insured at no additional cost Trk #:1ZE14A230100534894 Actual WT: 0.50 LBS Delivery Date: 05/07/2007 |  $27.61 | CHAIRMAN SILVES REYES HOUSE COMMITTEE H-405 WASHINGTON, DC 20515-0001 |

# of Items 1                                     Pretax Total $27.61

**Damaged, Lost, or Late Claims**
In the event that your package(s) is damaged, lost, or late, please contact the **Staples Ship Center Claims** Department at **1-800-797-5924**. Please have your tracking numbers available. All late claims must be called into the Staples Ship Center Claims department within 15 days of the expected delivery date. Late claims filed after 15 days will not be honored.

**To track your package:**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS (742-5877).

**I understand/agree that:**
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples/UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer, (b) repair cost, (c) replacement cost, OR (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International Packages may be subject to duties, taxes, and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) All claims for lost, late, or damaged packages must be made with the Staples Claims Center (800-797-5924).

_____Date_____
Customer Signature

Friday, May 04, 2007 14:31:36 PM



**that was easy.**

| | |
|---|---|
| **Store:**<br>Store#1375-LAS CRUCES<br>2260 EAST LOHMAN AVENUE<br>LAS CRUCES, NM 88011<br>(505)526-4871 | **Customer Information:**<br>CHRIS WALTERS<br>PO BOX 160<br>LAS CRUCES, NM 88001<br>Telephone: (505)525-2083<br>Ship Date: 05/04/2007<br>Entry Date: 05/04/2007 |

| SKU | Description | Price | Recipient Information |
|---|---|---|---|
| <br>479536 | UPS Next Day Air ®<br>Residential<br>Content:LEGAL DOCUMENT<br>Package Value: $100.00<br>Insured at no additional cost<br>Trk #:1ZE14A230100534876<br>Actual WT: 0.50 LBS<br>Delivery Date: 05/07/2007 | <br>$27.61 | US SENATOR PATR LEAHY<br>US SENATE COMMITTEE<br>224 Dirksen Senate Office Bu...<br>WASHINGTON, DC 20510-0001 |

**# of Items 1**          **Pretax Total $27.61**

**Damaged, Lost, or Late Claims**
In the event that your package(s) is damaged, lost, or late, please contact the **Staples Ship Center Claims** Department at **1-800-797-5924**. Please have your tracking numbers available. All late claims must be called into the Staples Ship Center Claims department within 15 days of the expected delivery date. Late claims filed after 15 days will not be honored.

**To track your package:**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS (742-5877).

**I understand/agree that:**
1) I am subject to all Staples and UPS Terms and Conditions for shipping packages. Ask a Staples associate for details.
2) Staples reserves the right to inspect any package shipped.
3) Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4) Staples/UPS liability on any claim for loss or damage shall not exceed the (a) value declared by the customer, (b) repair cost, (c) replacement cost, OR (d) fair market value; whichever is the smallest.
5) Staples will not ship any hazardous materials or other restricted items. There is a list posted at the Ship Center counter. Ask a Staples associate if you have any questions.
6) The value of my parcel does not exceed $100 unless otherwise shown on my receipt and I have paid the required fee.
7) International Packages may be subject to duties, taxes, and brokerage fees as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
8) All claims for lost, late, or damaged packages must be made with the Staples Claims Center (800-797-5924).

_____Date_____
Customer Signature

Friday, May 04, 2007 14:20:25 PM