**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 4, 2008

Berkeley-Albany Municipal Court
Berkeley Courthouse
2120 Martin Luther King Jr. Way
Berkeley, CA 94704

RE: <u>CV 08-01173 EMC   EIDEX FAMILY PARTNERSHIP L.P.-v-CALVIN JUSTICE</u>
Your Case Number: (77412)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted
herewith are:

      (✔)    Certified copies of docket entries

      (✔)    Certified copies of Remand Order

      ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

*FILED*

*APR 1 0 2008*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

RECEIVED

APR - 7 2008

By _____
ALAMEDA COUNTY SUPERIOR COURT

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg