UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS WALTERS,                                         No. C08-0483 EMC

        Plaintiff,

    v.                                                          **JUDGMENT IN A CIVIL CASE**

MICHAEL ASTRUE, et al.,

        Defendant.

_____/

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.**

    **IT IS SO ORDERED AND ADJUDGED** pursuant to the **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE, ETC.** dated May 12, 2008, Judgement is entered against Plaintiff. The Clerk of the Court is directed to close the file in this case.

Dated: May 20, 2008                                    Richard W. Wieking, Clerk

                                                       *Betty Fong*

                                                       By: Betty Fong
                                                       Deputy Clerk